**Opinion filed December 30, 2022**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-22-00304-CV

_____

## SEAN CARROLL & BASIN ROOFING AND CONSTRUCTION, INC., DERIVATIVELY THROUGH SEAN CARROLL, Appellants

## V.

## JAMES TURNER WILSON, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CV57702**

### M E M O R A N D U M   O P I N I O N

Appellants have filed in this court a motion to dismiss this appeal. In the motion, Appellants state that Appellee does not oppose the motion and that the parties have agreed to bear their own costs. *See* TEX. R. APP. P. 42.1(a)(1), (d).

We grant Appellants' motion and dismiss this appeal.

December 30, 2022                                                PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.